JUNE 29, 2012

No. 09–10231. TURNER v. UNITED STATES. C. A. 7th Cir. Reported below: 591 F. 3d 928;

No. 10–8835. GREINEDER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Reported below: 458 Mass. 207, 936 N. E. 2d 372;

No. 10–9303. WILLIS v. ILLINOIS. App. Ct. Ill., 1st Dist.;

No. 10–9789. PABLO v. UNITED STATES. C. A. 10th Cir. Reported below: 625 F. 3d 1285;

No. 10–10923. JOHNSON v. CALIFORNIA. Ct. App. Cal., 3d App. Dist.;

No. 10–10936. SUEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist.;

No. 11–5832. KWON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist.; and

No. 11–7972. MERCADO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Williams* v. *Illinois, ante,* p. 50.